UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
EASTERN DIVISION

**DAWN GILSON,**
                Plaintiff,

                                      Case No.    16-CV-495

vs.

**WISCONSIN PUBLIC SERVICE**
**CORPORATION LIFE INSURANCE**
**AND LONG TERM DISABILITY PLAN,**
    and
**WISCONSIN PUBLIC SERVICE**
**CORPORATION,**
    and
**THE PRUDENTIAL INSURANCE**
**COMPANY OF AMERICA.**
                Defendants.

**MOTION TO DISMISS WITH PREJUDICE**

The Plaintiff, by his attorneys, Hawks Quindel, S.C., hereby moves to dismiss Defendants with prejudice. The parties have resolved the above-captioned matter

Dated: 1/19/17                  **HAWKS QUINDEL, S.C.**
                                      Attorneys for Plaintiff

                                      By:   *s/ William E. Parsons*
                                      William E. Parsons, WI State Bar No. 1048594
                                      wparsons@hq-law.com
                                      Lynn Lodahl, WI State Bar No. 1087992
                                      llodahl@hq-law.com
                                      222 West Washington Avenue, Suite 450
                                      Post Office Box 2155
                                      Madison, Wisconsin 53701-2155
                                      Telephone: 608/257-0040
                                      Facsimile: 608/256-0236